IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DOHN LEE LaCOUNT,                        :
                                         :
                    Plaintiff            :
                                         :
          VS.                            :     CIVIL ACTION NO.: 5:11-CV-181 (MTT)
                                         :
DONNIE NEWMAN and                        :
YAZMEN BLANDENBURG,                      :
                                         :
                    Defendants           :     **ORDER**
_____

On April 12, 2011, Plaintiff **DOHN LEE LaCOUNT**, an inmate at the Monroe

County Jail in Forsyth, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. §

1983 in the United States District Court for the Northern District of Georgia. (Doc. 1).

On May 11, 2011, that Court transferred the action to the United States District Court for

the Middle District of Georgia. (Doc. 5).

Plaintiff failed to use the standard § 1983 form required by this Court and he

failed to provide the Court with a certified copy of his trust fund account statement.

Therefore, in an Order dated May 13, 2011, the Court ordered Plaintiff to submit the

correct § 1983 form and to provide the Court with a copy of his trust fund account

statement. Plaintiff was given thirty (30) days to respond to the May 13, 2011 Order.

However, Plaintiff has failed to respond.

Additionally, the Court notes that mail sent to Plaintiff has been returned as

undeliverable. It appears that Plaintiff has been released from the Monroe County Jail.

However, he has not provided the Court with his current address.

Because of his failure to comply with the Court's instructions, Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 6th day of July, 2011.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT